THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHONSE L. HARRISON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, et al., Respondents.

Submitted September 29, 1947; decided October 2, 1947.

*Alphonse L. Harrison,* in person, for motion.

No one opposed.

Motion denied on the ground an appeal lies as of right.